```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

VIRAH CORPORATION,            )
                              )
    Plaintiff,             )
                              )
    v.                     )    NO.  3:10-1240
                              )    Judge Haynes/Bryant
EVANSTON INSURANCE COMPANY,   )
                              )
    Defendant.             )

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Tuesday, March 8, 2011, at 9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to March 8, 2011.

It is so **ORDERED**.

                          s/ John S. Bryant
                          JOHN S. BRYANT
                          United States Magistrate Judge