UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| VIRAH CORPORATION | ) ) ) ) | |
| v. | ) ) | NO. 3:10-1240<br>JUDGE HAYNES |
| EVANSTON INSURANCE COMPANY | ) ) ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/13/2011.

KEITH THROCKMORTON, CLERK
s/Elaine J. Hawkins, Deputy Clerk